```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                            6/28/2016

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY:      CW        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVIS HUDSON,<br><br>        Petitioner,<br><br>   V.<br><br>R.L. GOWER, Warden,<br><br>        Respondent. | NO. CV 15-9999-MWF(E)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

1         IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2    the Magistrate Judge's Report and Recommendation and the Judgment
3    herein on Petitioner and counsel for Respondent.
4
5         LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7            DATED: June 28, 2016.
8
9
10   _____
                    MICHAEL W. FITZGERALD
11                  UNITED STATES DISTRICT JUDGE