JS-6

FILED
CLERK, U.S. DISTRICT COURT
6/28/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVIS HUDSON, | NO. CV 15-9999-MWF(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| R.L. GOWER, Warden, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 28, 2016.

/s/ Michael W. Fitzgerald
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE